IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NEBIYU BETESELASSIE and BETHLEHEM GELAW, | ) ) ) |
| *Plaintiffs,* | ) ) ) |
| V. | ) Case No. 2:21-cv-02153 ) |
| Porcelana Corona de Mexico, S.A. de C.V. formerly known as Sanitarios Lamosa S.A. de C.V. also known as Vortens, | ) ) ) ) ) |
| *Defendant* | ) ) ) |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiffs, by and through counsel, move for leave to file a First Amended Complaint pursuant to F.R.C.P 15(a)(2). In support thereof, Plaintiffs state as follows:

**Nature of the Matter Before the Court:**

1. This case concerns the damage to Plaintiffs' home caused when a toilet tank manufactured by Defendant broke, flooding the house. Plaintiffs timely seek leave to file their First Amended Complaint.

**Concise Statement of Relevant Facts**

2. This case was originally brought as a Class Action, with the original Class Action Complaint filed on March 32, 2021. [E.C.F. # 1]. Defendant filed its Answer on August 4, 2021. [E.C.F. # 6].

1

3. On September 16, 2021, the Court conducted a scheduling conference at which time the parties discussed with the Court a Phase I Class Certification Scheduling Order, which the Court entered on September 30, 2021. [E.C.F. # 24].

4. Class Certification discovery proceeded until Plaintiffs voluntarily moved to dismiss their Class Allegations, which this Court granted on December 21, 2021. [E.C.F. # 51]. The Court ordered the Parties to submit a new proposed scheduling order on or before December 28, 2021. [E.C.F. # 50].

5. The Parties' proposed Amended Scheduling Order set the deadlines for motions to amend to be filed on or before January 28, 2022. The Court entered its Amended Scheduling Order on January 7, 2022, which included the Parties' suggested deadline of January 28, 2022 to file motions to amend. [E.C.F. # 59].

## Question Presented

6. Should Plaintiffs, having timely brought a motion, be permitted leave to file their First Amended Complaint?

## Argument

7. Plaintiffs timely seek leave to file their First Amended Complaint, which removes the Class Allegations and includes some additional language concerning Plaintiffs' Kansas Consumer Protection Act claim which is unique to Plaintiffs and consistent with the discovery to date. This includes communications Plaintiffs had with Defendant. It also serves to clarify the model tank number Plaintiffs owned, and that the materials used in the tank may be a source of the defect at issue.

8. Such amendment will not prejudice Defendant, and will serve the interests of justice and judicial efficiency.

9. Leave to amend should be given freely when justice so requires. F.R.C.P. 15(a)(2).

10. The First Amended Complaint is attached as Exhibit A.

WHERFORE, based on the foregoing and for good cause, Plaintiffs respectfully request leave to file the First Amended Complaint as set forth herein, and for such other and further relief as the Court deems just under the circumstances.

Respectfully submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.

*/s/ Michael S. Kilgore*

| | |
|---|---|
| Michael S. Kilgore | KS Bar #23025 |
| Kenneth B. McClain | (*Pro Hac Vice*) |
| Jonathan M. Soper | (*Pro Hac Vice*) |

221 W. Lexington, Suite 400
Independence, Missouri 64050
(816) 836-5050
(816) 836-8966 FAX
msk@hfmlegal.com
kbm@hfmlegal.com
jms@hfmlegal.com
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notification to all counsel of record.

Kara T. Stubbs                           KS# 15805
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO  64108
(816) 471-2121 telephone
(816) 472-0288 facsimile
stubbs@bscr-law.com

and

Melissa Dorman Matthews
L. Abigail Foreman
Brianna Weis
HARTLINE BARGER LLP
8750 N. Central Expressway, Suite 1600
Dallas, TX 75231
(214) 369-2100 telephone
(214) 267-4271 direct facsimile
mmatthews@hartlinebarger.com
aforeman@hartlinebarger.com
bweis@hartlinebarger.com
*All admitted pro hac vice*
**ATTORNEYS FOR DEFENDANT**
**PORCELANA CORONA DE MEXICO,**
**S.A. DE C.V.**

                                                              */s/ Michael S. Kilgore*
                                                              ATTORNEY FOR PLAINTIFF